

In re Nomination Petition of John H. MORLEY, Jr. as Candidate for the Democratic Nomination for Senator in the General Assembly from the First Senatorial District, Objection of Gaetano Piccrilli; Michael Weiss and Karen Greenberg.

**Appeal of John H. Morley, Jr.**

Supreme Court of Pennsylvania.

Submitted April 7, 2016.
Decided April 19, 2016.

Kathleen Marie Kotula, Esq., PA Department of State, for Bureau of Commissions, Elections and Legislation.

City Commissioners of Philadelphia, Pro Se.

John H. Morley, Jr., Pro Se.

Kevin Michael Greenberg, Esq., Flaster Greenberg, P.C., Philadelphia, for Michael Weiss, Gaetano Piccrilli, and Karen Greenberg.

### 'ORDER

PER CURIAM.

AND NOW, this 19th day of April, 2016, the Order of the Commonwealth Court granting Gaetano Piccrilli, Michael Weiss, and Karen Greenberg's Petition to Set Aside the Nomination Petition of John H. Morley, Jr. is **REVERSED** and the matter is **REMANDED**. The Commonwealth Court shall direct the Secretary of the Commonwealth to reinstate the name of John H. Morley, Jr. on the ballot for April 26, 2016 Democratic nomination for Senator in the General Assembly in the First Senatorial District.

Opinion to follow.

Derrick Dale FONTROY, I, Appellant

v.

John WETZEL, Jamey Luther, Edward Evens, Donald Gelmann, Bill Mailman, Appellees.

Supreme Court of Pennsylvania.

April 25, 2016.

Derrick Dale Fontroy, I, pro se.

Jeffrey M. Paladina, PA Dept. of Corrections, Mechanicsburg, for John Wetzel, Jamey Luther, Edward Evens, Donald Gelmann, Bill Mailman, Appellees.

### ORDER

PER CURIAM.

AND NOW, this 25th day of April, 2016, the Order of the Commonwealth Court is **AFFIRMED**.

PG PUBLISHING COMPANY, INC. d/b/a the Pittsburgh Post–Gazette, Appellant

v.